150-15

# ELECTRONIC RECORD

| | |
|---|---|
| CCA # 09-13-00355-CR | OFFENSE: Aggravated Sexual Assault |
| STYLE: Danny Ray Rancher v. The State of Texas | PUNISHMENT: life |
| | COUNTY: Montgomery |

TRIAL COURT: 221st District Court

TRIAL COURT #: 12-01-00820 CR (Count 1)  _____ MOTION FOR REHEARING IS: _____

TRIAL COURT JUDGE: Judge Lisa Benge Michalk   DATE: _____

DISPOSITION: AFFIRMED   JUDGE: _____

DATE: 01-28-15

JUSTICE: Charles Kreger   PC   NO   S   YES

PUBLISH: NO   DNP: YES

| | | | |
|---|---|---|---|
| CLK RECORD: | 09-19-13 | SUPP CLK RECORD: | |
| | 09-09-13; 09-26-13; | | |
| RPT RECORD: | 09-27-13 | SUPP RPT RECORD: | |
| STATE BR: | 02-24-14 | SUPP BR: | |
| APP BR: | 12-31-13 | PRO SE BR: | |

*PRO SE* PETITION
FOR DISCRETIONARY REVIEW
IS *REFUSED*
DATE *10/28/2015*
*Per Curiam*

150-15

IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

CCA # \_\_\_\_\_PD-0150-15\_\_\_\_\_

\-\-\-\-\-\-\-\-\-\-

*PRO SE* Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
*STRUCK*
DATE: *06/10/2015*
JUDGE: *Per Curiam*

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

\-\-\-\-\-\-\-\-\-\-

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____